UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL CHRISTINE HORTON,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. C13-1440-RAJ-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration.  Dkt. 3.  The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 19.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ").  On remand, the ALJ shall: 1) conduct a new hearing, further develop the record and issue a new decision; 2)  reevaluate and further develop the medical evidence or record; 3) reevaluate steps two and three of the sequential evaluation process; 4) reevaluate

REPORT AND RECOMMENDATION
PAGE - 1

Plaintiff's RFC pursuant to SSR 96-8p, and; 5) reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as necessary.

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412(d).

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation. The Clerk should note the matter for March 20, 2014 as ready for Judge Jones's consideration. A proposed order accompanies this Report and Recommendation.

A proposed order accompanies this Report and Recommendation.

DATED this 20th day of March, 2014.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2