1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RACHEL CHRISTINE HORTON,

    Plaintiff,

   v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

Case No. C13-1440-RAJ

ORDER REVERSING AND REMANDING
CASE FOR FURTHER ADMINISTRATIVE
PROCEEDINGS

  The Court, after careful consideration of the plaintiff's complaint, the Report and
Recommendation of the Honorable James P. Donohue, and the balance of the record, does
hereby find and ORDER:

  (1)  The Court adopts and approves the Report and Recommendation.

  (2)  The final decision of the Commissioner is REVERSED and the case is
REMANDED to the Social Security Administration for further administrative proceedings
consistent with the Report and Recommendation.

  (3)  The Clerk of the Court is directed to send copies of this Order to the parties and to
Judge Donohue.

  DATED this 1st day of April, 2014.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER
PAGE - 1